

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00176-CV

| | | |
|---|---|---|
| NICHOLAS LEE, Appellant | § | On Appeal from the 355th District Court |
| V. | § | of Hood County (C2022317) |
| | § | March 14, 2024 |
| HOOD COUNTY APPRAISAL DISTRICT, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Nicholas Lee shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
    Justice Brian Walker